UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DOLORES GEE,<br><br>　　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>COMPLETE PAYMENT RECOVERY SERVICES, INC.,<br><br>　　　　　　　　　Defendant(s). | Case No. 2:17-CV-1708 JCM (NJK)<br><br>ORDER |

　　　　Presently before the court is the matter of *Gee v. Complete Payment Recovery Services, Inc. Finance et al.*, case number 2:17-cv-01708-JCM-NJK. The parties have filed a notice of settlement of this matter and have indicated that they anticipate filing a stipulation to dismiss "in approximately thirty (30) days." (ECF No. 14).

　　　　Accordingly,

　　　　IT IS HEREBY ORDERED that the parties shall file a stipulation to dismiss or joint status report by September 29, 2017.

　　　　DATED August 18, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**