Mitchell D. Gliner, Esq.
Nevada Bar 3419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DOLORES GEE <br><br> Plaintiff, <br><br> vs. <br><br> COMPLETE PAYMENT RECOVERY SERVICES, INC. <br><br> Defendant | Case No. 2:17-cv-01708-JCM-NJK |

## STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Plaintiff, Dolores Gee, and defendant, Complete Payment Recovery Services, Inc., by and through their attorneys, stipulate and agree to dismiss these proceedings pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice.

MITCHELL D. GLINER, ESQ.

/s/ Mitchell D. Gliner

_____
MITCHELL D. GLINER, ESQ.
Nevada Bar No. 003419
3017 W. Charleston Blvd. # 95
Las Vegas, Nevada 89102
Attorney for Plaintiff

FOX ROTHSCHILD LLP

/s Mark J. Connot
_____
MARK J. CONNOT, ESQ.
Nevada Bar No. 10010
1980 Festival Plaza Drive, #700
Las Vegas, Nevada 89135
Attorneys for Defendant

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: August 25, 2017

Page 2

ACTIVE\50635818.v1-8/23/17